**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diamond Surfaces and Supply, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1044455** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5415 Pioneer Park Blvd.** **Tampa, FL 33634** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://diamond-surfaces.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Diamond Surfaces and Supply, Inc.**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship | _____ |
| District _____ | When _____ | Case number, if known | _____ |

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

| ■ | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Diamond Surfaces and Supply, Inc.** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 20, 2025**
                MM / DD / YYYY

**X** **/s/ Gabriel Rinehart**                              **Gabriel Rinehart**
Signature of authorized representative of debtor           Printed name

Title    **Vice President**

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**              Date  **March 20, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone  **(813)877-4669**     Email address  **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 20, 2025**     X **/s/ Gabriel Rinehart**
                                            Signature of individual signing on behalf of debtor

                                            **Gabriel Rinehart**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Diamond Surfaces and Supply, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coastal Flooring 3049 S. Sherwood Forest Blvd Baton Rouge, LA 70816** | | **Business Debt** | | | | $392,381.21 |
| **Responsive Industries LTD. 360 Old Laurens Rd. Ste. 100 Simpsonville, SC 29681** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $357,369.61 |
| **Titan Surfaces Corporation Dept 6540 PO Box 11407 Birmingham, AL 35246-6540** | | **Business Debt** | | | | $254,562.74 |
| **Sika Corp. PO Box 36102 Newark, NJ 07188-6102** | | **Business Debt** | | | | $175,577.15 |
| **Dehome Wood Co. Ltd. Cuibei Industrial Park Henglin Town ,Changzhou Jiangsu,P.R.C 213103** | | **Business Debt** | | | | $145,306.21 |
| **Echelon Floors 3049 S. Sherwood Forest Blvd Baton Rouge, LA 70816** | | **Business Debt** | | | | $143,899.43 |

| Debtor | **Diamond Surfaces and Supply, Inc.** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alife Vinyl Floors 01 Block A, Tian' An Digital Mall No.588, Changwu S. Road Hi-Tech IndustrialDevelopmen n Area, Wujin** | | **Business Debt** | | | | **$120,663.51** |
| **Generations Group 316 Creekshire Dr. Signal Mountain, TN 37377** | | **Business Debt** | | | | **$57,172.57** |
| **Bostik 11320 W. Watertown Plank Rd. Milwaukee, WI 53226** | | **Business Debt** | | | | **$47,100.24** |
| **Senhong Decorative Materials Qinxin Village, Yaoguan Town Wujin District, Changzhou Jiangsu 213011** | | **Business Debt** | | | | **$17,891.17** |
| **All-Ways Forwarding Int'l 701 Newark Ave. Elizabeth, NJ 07208** | | **Business Debt** | | | | **$16,320.00** |
| **Millwork Sales US Lumber Group PO Box 402264 Atlanta, GA 30384-2264** | | **Business Sales** | | | | **$5,372.33** |

---

**Fill in this information to identify the case:**

Debtor name    **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____ 3,413,291.45

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ _____ 3,413,291.45

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$ _____ 1,733,616.17

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $ _____ 1,733,616.17

| Fill in this information to identify the case: |
|---|

Debtor name **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Thrid** | **Checking** | **4438** | **$214,414.53** |
| 3.2. | **Truist** | **Checking** | **9231** | **$30,354.80** |
| 3.3. | **Fifth Thrid** | **Business checking** | **5498** | **$110,190.89** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $354,960.22 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor    **Diamond Surfaces and Supply, Inc.**                                     Case number *(If known)* _____
          <sub>Name</sub>

| 7.1. | **Deposit for Lease at 3935 W. Hillsborough Ave., Unit C, Tampa, FL 33614** | **$3,500.00** |
|---|---|---|

| 7.2. | **Deposit for Lease located at 5415 Pioneer Park Blvd., Tampa, FL 33634** | **$40,433.27** |
|---|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                     **$43,933.27**
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:    **426,079.84**    -    **0.00**    = ....    **$426,079.84**
                                     <sub>face amount</sub>        <sub>doubtful or uncollectible accounts</sub>

        11b. Over 90 days old:    **10,116.84**    -    **0.00**    =....    **$10,116.84**
                                  <sub>face amount</sub>        <sub>doubtful or uncollectible accounts</sub>

12.     **Total of Part 3.**                                                                     **$436,196.68**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>**Inventory** | | **$0.00** | | **$2,488,201.28** |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

Debtor    **Diamond Surfaces and Supply, Inc.**                                 Case number *(If known)* _____
_____
Name

23.     **Total of Part 5.**

        Add lines 19 through 22.  Copy the total to line 84.                           **$2,488,201.28**

24.     **Is any of the property listed in Part 5 perishable?**

        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

        ■ No
        ☐ Yes. Book value     _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

        ■ No.  Go to Part 7.
        ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

        ☐ No.  Go to Part 8.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>      (8) Work Stations | $0.00 | | $5,000.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>      (8) Computers | $0.00 | | $8,000.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**

        Add lines 39 through 42.  Copy the total to line 86.                   **$13,000.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**

        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor  **Diamond Surfaces and Supply, Inc.**                                    Case number *(If known)* _____
_____ Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Chevy Tahoe** | **$0.00** | | **$37,000.00** |
| 47.2. **2017 Ford Flatbed Truck**<br>**VIN 1FDUF5GT4HEF40474**<br>**Current Miles 122,273** | **$0.00** | | **$20,000.00** |
| 47.3. **2018 Ford Flatbed Truck**<br>**VIN 1FDAF56R48EE55014**<br>**Current Miles 152,183** | **$0.00** | | **$10,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**(2) Toyota Propane Powered Forklifts Model<br>8FGCU25** | **$0.00** | | **$10,000.00** |

51.  **Total of Part 8.**                                                                                            **$77,000.00**

Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number *(If known)* | |
| | Name | | |

| | apartment or office building, if available. | | | |
| | 55.1.  **Lease at 3935 W. Hillsborough Ave.,, Unit C, Tampa, FL 33614** | Lease | $0.00 | Unknown |
| | 55.2.  **Lease located at 5415 Pioneer Park Blvd., Tampa, FL 33634** | Lease | $0.00 | Unknown |

56.    **Total of Part 9.**                                                                                            $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** https://diamond-surfaces.com/ | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                          $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **Diamond Surfaces and Supply, Inc.**                          Case number *(If known)* _____
           Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Diamond Surfaces and Supply, Inc.**                     Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $354,960.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $43,933.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $436,196.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,488,201.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $77,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,413,291.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,413,291.45 |

**Fill in this information to identify the case:**

Debtor name    **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name   **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $120,663.51 |

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alife Vinyl Floors**<br>**01 Block A, Tian' An Digital**<br>**Mall No.588, Changwu S. Road**<br>**Hi-Tech IndustrialDevelopmen**<br>**Area, Wujin**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __**Diamond USA**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$120,663.51** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**All-Ways Forwarding Int'l**<br>**701 Newark Ave.**<br>**Elizabeth, NJ 07208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,320.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Bostik**<br>**11320 W. Watertown Plank Rd.**<br>**Milwaukee, WI 53226**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __**0479**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$47,100.24** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Coastal Flooring**<br>**3049 S. Sherwood Forest Blvd**<br>**Baton Rouge, LA 70816**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$392,381.21** |

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,306.21** |
|---|---|---|---|

**Dehome Wood Co. Ltd.**
**Cuibei Industrial Park**
**Henglin Town ,Changzhou**
**Jiangsu,P.R.C 213103**

Date(s) debt was incurred _

Last 4 digits of account number  **Diamond USA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,899.43** |
|---|---|---|---|

**Echelon Floors**
**3049 S. Sherwood Forest Blvd**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,172.57** |
|---|---|---|---|

**Generations Group**
**316 Creekshire Dr.**
**Signal Mountain, TN 37377**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,372.33** |
|---|---|---|---|

**Millwork Sales**
**US Lumber Group**
**PO Box 402264**
**Atlanta, GA 30384-2264**

Date(s) debt was incurred _

Last 4 digits of account number  **5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357,369.61** |
|---|---|---|---|

**Responsive Industries LTD.**
**360 Old Laurens Rd.**
**Ste. 100**
**Simpsonville, SC 29681**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,891.17** |
|---|---|---|---|

**Senhong Decorative Materials**
**Qinxin Village, Yaoguan Town**
**Wujin District, Changzhou**
**Jiangsu 213011**

Date(s) debt was incurred _

Last 4 digits of account number  **Diamond USA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,577.15** |
|---|---|---|---|

**Sika Corp.**
**PO Box 36102**
**Newark, NJ 07188-6102**

Date(s) debt was incurred _

Last 4 digits of account number  **5622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Diamond Surfaces and Supply, Inc.**
_____
Name

Case number (if known) _____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254,562.74 |

**Titan Surfaces Corporation**
**Dept 6540**
**PO Box 11407**
**Birmingham, AL 35246-6540**

Date(s) debt was incurred _

Last 4 digits of account number  **0032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ryan Hopper, Esq.** **GREENBERG TRAURIG, P.A.** **101 E. Kennedy Blvd.** **Ste. 1900** **Tampa, FL 33602** | Line  **3.9** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Titan Surfaces Corporation** **1546 Highway 76** **Chatsworth, GA 30705** | Line  **3.12** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,733,616.17 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 1,733,616.17 |

**Fill in this information to identify the case:**

Debtor name    **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease at 3935 W. Hillsborough Ave.,, Unit C, Tampa, FL 33614** |
| State the term remaining | **Palm Tree Plaza, LLC** |
| List the contract number of any government contract | **c/o Nhan Young Ha, President 5849 Coffee Bean Dr. Clearwater, FL 33760** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease of 6903 Cypress Park Dr., Suite 100, Tampa, FL 33634** |
| State the term remaining | **RCL Properties** |
| List the contract number of any government contract | **1716 W. Lemon Street Tampa, FL 33606-1031** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease located at 5415 Pioneer Park Blvd., Tampa, FL 33634** |
| State the term remaining | **Shot Realty Company, Inc.** |
| List the contract number of any government contract | **2181 Newmarket Pkwy., SE Marietta, GA 30067** |

**Fill in this information to identify the case:**

Debtor name   **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gabriel Rinehart** | **8401 Sandstone Ct. Tampa, FL 33615** | **Alife Vinyl Floors** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Gabriel Rinehart** | **8401 Sandstone Ct. Tampa, FL 33615** | **All-Ways Forwarding Int'l** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 | **Gabriel Rinehart** | **8401 Sandstone Ct. Tampa, FL 33615** | **Bostik** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 | **Gabriel Rinehart** | **8401 Sandstone Ct. Tampa, FL 33615** | **Coastal Flooring** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.5 | **Gabriel Rinehart** | **8401 Sandstone Ct. Tampa, FL 33615** | **Dehome Wood Co. Ltd.** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number *(if known)* | |

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Echelon Floors** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.7 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Generations Group** | ☐ D _____<br>■ E/F ___**3.7**___<br>☐ G _____ |
| 2.8 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Millwork Sales** | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |
| 2.9 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Responsive Industries LTD.** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.10 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Senhong Decorative Materials** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.11 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Sika Corp.** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |
| 2.12 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Titan Surfaces Corporation** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.13 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Palm Tree Plaza, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Diamond Surfaces and Supply, Inc.**                    Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **RCL Properties** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Gabriel Rinehart** | **8401 Sandstone Ct.**<br>**Tampa, FL 33615** | **Shot Realty**<br>**Company, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **Alife Vinyl Floors** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.17 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **All-Ways Forwarding**<br>**Int'l** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.18 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **Bostik** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.19 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **Coastal Flooring** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |
| 2.20 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **Dehome Wood Co.**<br>**Ltd.** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.21 | **Tommy W.**<br>**Devoe, Jr.** | **21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | **Echelon Floors** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |

Debtor **Diamond Surfaces and Supply, Inc.** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Generations Group** | ☐ D _____<br>■ E/F **3.7**<br>☐ G _____ |
| 2.23 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Millwork Sales** | ☐ D _____<br>■ E/F **3.8**<br>☐ G _____ |
| 2.24 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Responsive Industries LTD.** | ☐ D _____<br>■ E/F **3.9**<br>☐ G _____ |
| 2.25 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Senhong Decorative Materials** | ☐ D _____<br>■ E/F **3.10**<br>☐ G _____ |
| 2.26 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Sika Corp.** | ☐ D _____<br>■ E/F **3.11**<br>☐ G _____ |
| 2.27 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Titan Surfaces Corporation** | ☐ D _____<br>■ E/F **3.12**<br>☐ G _____ |
| 2.28 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Palm Tree Plaza, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **RCL Properties** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Diamond Surfaces and Supply, Inc.** _____    Case number *(if known)* _____

███    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.30 | **Tommy W. Devoe, Jr.** | **21542 Snowy Orchid Terrace Land O Lakes, FL 34637** | **Shot Realty Company, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Schedule H: Your Codebtors

**Fill in this information to identify the case:**

Debtor name **Diamond Surfaces and Supply, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,293,416.41** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,657,118.91** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,593,589.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Diamond Surfaces and Supply, Inc.** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | **January 15, 2025 and February 10, 2025** | **$37,985.59** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Alife Vinyl Floors**<br>01 Block A, Tian' An Digital Mall No.588, Changwu S. Road Hi-Tech Industrial Development Area, Wujin | **December 24, 2024 and January 9, 2025** | **$114,670.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **Bostik**<br>11320 W. Watertown Plank Rd.<br>Milwaukee, WI 53226 | **January 21 2025** | **$63,134.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.4.** **Coastal Flooring**<br>3049 S. Sherwood Forest Blvd<br>Baton Rouge, LA 70816 | **February 3, 2025** | **$12,919.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **Dehome Wood Co. Ltd.**<br>Cuibei Industrial Park<br>Henglin Town ,Changzhou<br>Jiangsu,P.R.C 213103 | **January 02, 2025 and January 15, 2025** | **$127,203.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.6.** **Echelon Floors**<br>3049 S. Sherwood Forest Blvd<br>Baton Rouge, LA 70816 | **December 26, 2024; December 30, 2024; December 31, 2024; January 21, 2025; January 22, 2025; February 11, 2025 and February 14, 2025** | **$71,117.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Diamond Surfaces and Supply, Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.  **Generations Group**<br>316 Creekshire Dr.<br>Signal Mountain, TN 37377 | **January 7, 2025; January 21, 2025; January 27, 2025; February 4, 2025; February 11, 2025 and February 12, 2025** | **$229,614.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Longze Decoration** | **January 9, 2025 and February 11, 2025** | **$26,954.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.  **Millwork Sales**<br>**US Lumber Group**<br>PO Box 402264<br>Atlanta, GA 30384-2264 | **January 3, 2025; January 13, 2025; January 21, 2025; February 3, 2025 and February 14, 2025** | **$7,791.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **Senhong Decorative Materials**<br>Qinxin Village, Yaoguan Town<br>Wujin District, Changzhou<br>Jiangsu 213011 | **January 23, 2025** | **$33,947.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Sika Corp.**<br>PO Box 36102<br>Newark, NJ 07188-6102 | **December 20, 2024; January 15, 2025; February 7, 2025 and February 14, 2025** | **$58,157.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **Titan Surfaces Corporation**<br>Dept 6540<br>PO Box 11407<br>Birmingham, AL 35246-6540 | **December 24, 2024; December 30, 2024; February 4, 2025; February 11, 2025; February 12, 2025 and February 19, 2025** | **$274,619.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Diamond Surfaces and Supply, Inc.**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.13. **Woodgrain** | **December 31, 2024 and February 3, 2025** | $11,649.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Responsive Industries LTD.**<br><br>**vs.**<br><br>**Diamond Surfaces and Supply, Inc.**<br>**24-CA-001616** | **Collection** | **The Circuit Court of the 13th Judicial Circuit in and for Hillsborough County Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Diamond Surfaces and Supply, Inc.**                                Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Ohio Security Insurance Company**<br><br>**and**<br><br>**Diamond Surfaces and Supply, Inc.**<br><br>**vs.**<br><br>**Mega Hunt Deals, LLC**<br>**24-CA-006838** | Collection | The Circuit Court of the 13th Judicial Circuit in and for Hillsborough County Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Diamond Surfaces and Supply, Inc.**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Buddy D. Ford, P.A.** **9301 West Hillsborough Avenue** **Tampa, FL 33615-3008** | **Attorney Fees $20,000.00 and $2,000.00 costs ($2,000.00 costs includes filing fee of $1,738.00)** | **Februaery 11, 2025** | **$22,000.00** |
| **Email or website address** **All@tampaesq.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Diamond Surfaces and Supply, Inc.**                                   Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | Diamond Surfaces and Supply, Inc. | Case number *(if known)* | |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

□ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Peck Jenkins Kershner CPA's**<br>**20701 Bruce B Downs Blvd.**<br>**Tampa, FL 33647** | **July, 2022 to**<br>**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Diamond Surfaces and Supply, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tommy W. Devoe, Jr. | 21542 Snowy Orchid Terrace Land O Lakes, FL 34637 | President | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gabriel Rinehart | 8401 Sandstone Ct. Tampa, FL 33615 | Vice President | 10% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gabriel Rinehart 8401 Sandstone Ct. Tampa, FL 33615 | $155,186.00 Salary | March 1, 2024 to Present | Salary |
| | Relationship to debtor Vice President | | | |
| 30.2. | Tommy W. Devoe, Jr. 21542 Snowy Orchid Terrace Land O Lakes, FL 34637 | $37,073.28 Salary | March 1, 2024 to Present | Salary |
| | Relationship to debtor President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Diamond Surfaces and Supply, Inc.** _____   Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Diamond Surfaces and Supply, Inc.**                                          Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 20, 2025**

**/s/ Gabriel Rinehart**                                          **Gabriel Rinehart**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Diamond Surfaces and Supply, Inc.**                                    Case No. _____

                                    Debtor(s)                      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Gabriel Rinehart**<br>**8401 Sandstone Ct.**<br>**Tampa, FL 33615** | | **10%** | |
| **Tommy W. Devoe, Jr.**<br>**21542 Snowy Orchid Terrace**<br>**Land O Lakes, FL 34637** | | **90%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **March 20, 2025**                          Signature   **/s/ Gabriel Rinehart**

                                    **Gabriel Rinehart**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Diamond Surfaces and Supply, Inc.**                   Case No.               

Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 20, 2025**                    **/s/ Gabriel Rinehart**

**Gabriel Rinehart**/**Vice President**
Signer/Title

Diamond Surfaces and Supply, Inc.
5415 Pioneer Park Blvd.
Tampa, FL 33634

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Alife Vinyl Floors
01 Block A, Tian' An Digital
Mall No.588, Changwu S. Road
Hi-Tech IndustrialDevelopmen
Area, Wujin

All-Ways Forwarding Int'l
701 Newark Ave.
Elizabeth, NJ 07208

Bostik
11320 W. Watertown Plank Rd.
Milwaukee, WI 53226

Coastal Flooring
3049 S. Sherwood Forest Blvd
Baton Rouge, LA 70816

Dehome Wood Co. Ltd.
Cuibei Industrial Park
Henglin Town ,Changzhou
Jiangsu,P.R.C 213103

Echelon Floors
3049 S. Sherwood Forest Blvd
Baton Rouge, LA 70816

Generations Group
316 Creekshire Dr.
Signal Mountain, TN 37377

Millwork Sales
US Lumber Group
PO Box 402264
Atlanta, GA 30384-2264

Responsive Industries LTD.
360 Old Laurens Rd.
Ste. 100
Simpsonville, SC 29681

Ryan Hopper, Esq.
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd.
Ste. 1900
Tampa, FL 33602

Senhong Decorative Materials
Qinxin Village, Yaoguan Town
Wujin District, Changzhou
Jiangsu 213011

Sika Corp.
PO Box 36102
Newark, NJ 07188-6102

Titan Surfaces Corporation
Dept 6540
PO Box 11407
Birmingham, AL 35246-6540

Titan Surfaces Corporation
1546 Highway 76
Chatsworth, GA 30705

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Diamond Surfaces and Supply, Inc.** _____  Case No. _____
Debtor(s)                                    Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 22,000.00 |
| Prior to the filing of this statement I have received | $ | 22,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **1,738.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 20, 2025** _____          **/s/ Buddy D. Ford, Esquire** _____
_Date_                                              **Buddy D. Ford, Esquire 0654711**
                                                    _Signature of Attorney_
                                                    **Buddy D. Ford, P.A.**
                                                    **9301 West Hillsborough Avenue**
                                                    **Tampa, FL 33615-3008**
                                                    **(813)877-4669  Fax: (813)877-5543**
                                                    **All@tampaesq.com**
                                                    _Name of law firm_